FILED by ___YH___ D.C.

Aug 29, 2018

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. – MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**18-20707-CR-COOKE/GOODMAN**

CASE NO. _____

18 U.S.C. § 1029(b)(2)
18 U.S.C. § 1028A(a)(1)
18 U.S.C. § 982(a)(2)(B)
18 U.S.C. § 1029(c)(1)(C)

UNITED STATES OF AMERICA

vs.

MICHAEL ELISIO PEREZ,

Defendant.
_____/

## INFORMATION

The United States Attorney charges that:

### COUNT 1
**Conspiracy to Commit Access Device Fraud**
**(18 U.S.C. § 1029(b)(2))**

From at least as early as on or about September 28, 2016, through on or about November 16, 2017, in Miami-Dade County, in the Southern District of Florida, and in Harris County, in the Southern District of Texas, and elsewhere, the defendant,

**MICHAEL ELISIO PEREZ,**

did knowingly and willfully combine, conspire, confederate, and agree with persons known and unknown to the United States Attorney, to commit violations of Title 18, United States Code, Section 1029(a), namely:

(a) to knowingly, and with the intent to defraud, produce, use and traffic in one or more counterfeit access devices, that is, counterfeit credit cards encoded with credit and debit card account numbers issued to other persons, said conduct affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 1029(a)(1);

(b)   to knowingly, and with intent to defraud, possess fifteen (15) or more counterfeit and unauthorized access devices, that is, credit and debit card account numbers issued to other persons, said conduct affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 1029(a)(3); and

(c)   to knowingly, and with intent to defraud, have control and custody of, and possess access device-making equipment, that is, credit card printers, credit card embossers, magnetic strip encoders, and credit card skimmers, said conduct affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 1029(a)(4).

## ACTS IN FURTHERANCE OF THE CONSPIRACY

In furtherance of the conspiracy, at least one of the co-conspirators committed and caused to be committed, in the Southern District of Florida, and elsewhere, at least one of the following acts, among others:

1.  On or about September 28, 2016, **MICHAEL ELISIO PEREZ**, using e-mail address "Marialastra994@yahoo.com," sent e-mails containing approximately one hundred and seventy-two (172) credit and debit card account numbers issued to other persons to his co-conspirators requesting counterfeit credit cards to be made in the names "M.G." and "M.R."

2.  On or about April 30, 2017, **MICHAEL ELISIO PEREZ**, using e-mail address "Oznewok@yahoo.com," sent an e-mail containing approximately two hundred and fifty-three (253) credit and debit card account numbers issued to other persons to his co-conspirators requesting counterfeit credit cards to be made in the names "A.P.," "I.H.," "I.R.," and "M.R."

3.  On or about May 8, 2017, **MICHAEL ELISIO PEREZ**, using e-mail address "Oznewok@yahoo.com," sent an e-mail containing approximately one hundred (100) credit and

debit card account numbers issued to other persons to his co-conspirators requesting counterfeit credit cards to be made in the names "I.H." and "M.R."

4.   On or about May 25, 2017, **MICHAEL ELISIO PEREZ**, using e-mail address "Oznewok@yahoo.com," sent an e-mail containing approximately seventy (70) credit and debit card account numbers issued to other persons to his co-conspirators requesting counterfeit credit cards to be made in the names "J.B." and "L.E."

All in violation of Title 18, United States Code, Section 1029(b)(2).

## COUNT 2
### Aggravated Identity Theft
### (18 U.S.C. § 1028A(a)(1))

On or about November 16, 2017, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**MICHAEL ELISIO PEREZ,**

during and in relation to a felony violation of Title 18, United States Code, Section 1029(b)(2), that is, knowingly and willfully combining, conspiring, confederating, and agreeing with persons known and unknown to the United States Attorney, to commit violations of Title 18, United States Code, Section 1029(a), as charged in Count 1, did knowingly transfer and possess, without lawful authority, the means of identification of another person, that is, a credit card account number ending in 0147 issued to "A.S.," in violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

## FORFEITURE ALLEGATIONS

1.   The allegations in this Information are re-alleged and by this reference fully incorporated herein for the purpose of alleging criminal forfeiture to the United States of America of certain property in which the defendant, **MICHAEL ELISIO PEREZ**, has an interest.

3

2. Upon conviction of a violation of Title 18, United States Code, Section 1029, or a conspiracy thereof, as alleged in this Information, the defendant shall forfeit to the United States of America: (a) all property constituting, or derived from, proceeds obtained, directly or indirectly, as the result of such violation, pursuant to Title 18, United States Code, Section 982(a)(2)(B); and (b) any personal property used, or intended to be used, to commit such offense, pursuant to Title 18, United States Code, Section 1029(c)(1)(C).

All pursuant to Title 18, United States Code, Sections 982(a)(2)(B) and 1029(c)(1)(C), and the procedures set forth at Title 21, United States Code, Section 853, made applicable by Title 18, United States Code, Section 982(b)(1) and Title 28, United States Code, Section 2461(c).

_____
BENJAMIN G. GREENBERG
UNITED STATES ATTORNEY

_____
ROBERT JUMAN
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | CASE NO. _____ |
|---|---|
| v. | |
| MICHAEL ELISIO PEREZ, | **CERTIFICATE OF TRIAL ATTORNEY*** |
| _____Defendant._____ / | **Superseding Case Information:** |

**Court Division:** (Select One)

- ✓ Miami
- ☐ Key West
- ☐ FTL
- ☐ WPB
- ☐ FTP

New Defendant(s)   Yes ☐   No ☐
Number of New Defendants ____
Total number of counts ____

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No)   No
   List language and/or dialect

4. This case will take   0   days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I    0 to 5 days   ☐
   - II   6 to 10 days  ☐
   - III  11 to 20 days ☐
   - IV   21 to 60 days ☐
   - V    61 days and over ☐

   (Check only one)
   - Petty   ☐
   - Minor   ☐
   - Misdem. ☐
   - Felony  ✓

6. Has this case been previously filed in this District Court?   (Yes or No)   No
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   No
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers:   17-20876-cr-ALTONAGA
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____
   Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   Yes ☐   No ✓

_____
Robert Juman
ASSISTANT UNITED STATES ATTORNEY
COURT I.D. No. A5501847

*Penalty Sheet(s) attached

REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name:   MICHAEL ELISIO PEREZ

Case No: _____

Count #: 1

Conspiracy to Commit Access Device Fraud

Title 18, United States Code, Section 1029(b)(2)

*Max. Penalty: 7.5 Years' Imprisonment

Count #: 2

Aggravated Identity Theft

Title 18, United States Code, Sections 1028A(a)(1) and 2

*Max. Penalty: 2 Years' Imprisonment Consecutive to Any Other Sentence

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. |
| MICHAEL ELISIO PEREZ | ) | |
| | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

DERIC ZACCA, ESQ.
*Printed name of defendant's attorney*

_____
*Judge's signature*

_____
*Judge's printed name and title*