UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-20707-CR COOKE

UNITED STATES OF AMERICA
Plaintiff,

v.

**WAIVER OF INDICTMENT**

MICHAEL ELISIO PEREZ
Defendant.
_____/

I, MICHAEL ELISIO PEREZ, the above named defendant who is accused of CONSP. TO COMMIT ACCESS DEVICE FRAUD AND AGGRAVATED IDENTITY THEFT

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waived in open court on 9-5-18, prosecution by Indictment and consent that the proceeding may be by Information rather than by Indictment.

_____
Defendant

_____
Counsel for Defendant
ZACCA

9-5-18
Dated

Before _____
JONATHAN GOODMAN
United States Magistrate Judge