NS/md

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 18-20707-CR-COOKE

**UNITED STATES OF AMERICA,**

**vs.**

**MICHAEL ELISIO PEREZ,**

    **Defendant.**
_____/

## DECLARATION OF PUBLICATION

In accordance with 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure, notice of the forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on August 13, 2019 and ending on September 11, 2019.

                                                                                      Respectfully submitted,

                                                                                      ARIANA FAJARDO ORSHAN
                                                                                      UNITED STATES ATTORNEY

By:    s/ Nalina Sombuntham
          Nalina Sombuntham
          Assistant United States Attorney
          Fla. Bar No. 96139
          99 N.E. 4th Street, 7th Floor
          Miami, Florida   33132-2111
          Telephone:   (305) 961-9224
          Facsimile:    (305) 536-7599
          nalina.sombuntham2@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on September 16, 2019, I electronically filed the foregoing document was with the Clerk of the Court using CM/ECF.

s/ Nalina Sombuntham
Nalina Sombuntham
Assistant United States Attorney

Attachment 1

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
## COURT CASE NUMBER: 18-CR-20707-MGC; NOTICE OF FORFEITURE

Notice is hereby given that on May 06, 2019, in the case of U.S. v. Michael Elisio Perez, Court Case Number 18-CR-20707-MGC, the United States District Court for the Southern District of Florida entered an Order condemning and forfeiting the following property to the United States of America:

Approximately $276.00 in U.S. Currency (18-USS-000658) which was seized from Michael Perez on November 16, 2017 at 8951 SW 12 Terrace, Miami, FL

two (2) stamped Rolex watches datejust II 41mm (18-USS-000659), including the following items:

1 Rolex watch Datejust II, 41mm case silver dial with Arabic blue numbers, automatic movement;
1 Rolex watch Datejust II 41mm case blue dial with stick numbers, automatic movement;

which was seized from Michael Perez on November 16, 2017 at 8951 SW 12 Terrace, Miami, FL.; and

one (1) 2006 Ford F-320 crew cab vin. #1FTWW31P16EC50512 (18-USS-000660) which was seized from Michael Perez on November 16, 2017 at 8951 SW 12 Terrace, Miami, FL

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct. Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file an ancillary petition within 60 days of the first date of publication (August 13, 2019) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1). The ancillary petition must be filed with the Clerk of the Court, 400 North Miami Avenue, Room 8N09, Miami, FL 33128, and a copy served upon Assistant United States Attorney Nalina Sombuntham, 99 N.E. 4th Street, Miami, FL 33132. The ancillary petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all ancillary petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such ancillary petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.

The government may also consider granting petitions for remission or mitigation, which pardon all or part of the property from the forfeiture. A petition must include a description of your interest in the property supported by documentation; include any facts you believe justify the return of the property; and be signed under oath, subject to the penalty of perjury, or meet the requirements of an unsworn statement under penalty of perjury. *See* 28 U.S.C. Section 1746. For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 - 9.9. The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a). The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b). The petition for remission need not be made in any particular form and may be filed online or in writing. You should file a petition for remission not later than 11:59 PM EST 30 days after the date of final publication of this notice. *See* 28 C.F.R. Section 9.3(a). The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition for remission form that may be mailed and the link to file a petition for remission online. If you cannot find the desired assets online, you must file your petition for remission in writing by sending it to Assistant United States Attorney Nalina Sombuntham, 99 N.E. 4th Street, Miami, FL  33132. This website provides answers to frequently asked questions (FAQs) about filing a petition for remission. You may file both an ancillary petition with the court and a petition for remission or mitigation.



## Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between August 13, 2019 and September 11, 2019. Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. Michael Elisio Perez

**Court Case No:** 18-CR-20707-MGC
**For Asset ID(s):** See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 08/13/2019 | 24.0 | Verified |
| 2 | 08/14/2019 | 24.0 | Verified |
| 3 | 08/15/2019 | 24.0 | Verified |
| 4 | 08/16/2019 | 24.0 | Verified |
| 5 | 08/17/2019 | 24.0 | Verified |
| 6 | 08/18/2019 | 24.0 | Verified |
| 7 | 08/19/2019 | 24.0 | Verified |
| 8 | 08/20/2019 | 24.0 | Verified |
| 9 | 08/21/2019 | 24.0 | Verified |
| 10 | 08/22/2019 | 24.0 | Verified |
| 11 | 08/23/2019 | 24.0 | Verified |
| 12 | 08/24/2019 | 24.0 | Verified |
| 13 | 08/25/2019 | 24.0 | Verified |
| 14 | 08/26/2019 | 24.0 | Verified |
| 15 | 08/27/2019 | 24.0 | Verified |
| 16 | 08/28/2019 | 24.0 | Verified |
| 17 | 08/29/2019 | 24.0 | Verified |
| 18 | 08/30/2019 | 24.0 | Verified |
| 19 | 08/31/2019 | 24.0 | Verified |
| 20 | 09/01/2019 | 24.0 | Verified |
| 21 | 09/02/2019 | 24.0 | Verified |
| 22 | 09/03/2019 | 24.0 | Verified |
| 23 | 09/04/2019 | 24.0 | Verified |
| 24 | 09/05/2019 | 24.0 | Verified |
| 25 | 09/06/2019 | 24.0 | Verified |
| 26 | 09/07/2019 | 24.0 | Verified |
| 27 | 09/08/2019 | 24.0 | Verified |
| 28 | 09/09/2019 | 24.0 | Verified |
| 29 | 09/10/2019 | 24.0 | Verified |
| 30 | 09/11/2019 | 24.0 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.