NS:plt

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20707-CR-COOKE/GOODMAN

UNITED STATES OF AMERICA,

vs.

MICHAEL E. PEREZ,

        Defendant.
_____/

## NOTICE ON FINAL FORFEITURE

The United States of America hereby provides this Notice on Final Forfeiture and states as follows:

1. On May 6, 2019, this Court entered a Preliminary Order of Forfeiture (D.E. 35), forfeiting the following property to the United States of America, pursuant to Title 18, United States Code, Sections 982(a)(2)(B) and 1029(c)(1)(C) and the procedures set forth in Title 21, United States Code, Section 853:

    a. Approximately $276.00 in U.S. currency;
    b. One (1) stamped Rolex Datejust II, 41mm case, silver dial with Arabic blue numbers, automatic movement;
    c. One (1) stamped Rolex Datejust II, 41mm case blue dial with stick numerals, automatic movement; and
    d. One (1) 2006 Ford F350 Crew Cab XLT, VIN 1FTWW31P16EC50512.

2. Beginning on August 13, 2019, a notice of criminal forfeiture was posted on an official government internet site (www.forfeiture.gov) for a period of thirty (30) days, ending on September 11, 2019.

3. The Declaration of Publication of the notice of criminal forfeiture was filed with the Clerk of this Court on September 16, 2019 (D.E. 43).

4. All persons known to the United State to have a legal interest in the forfeited property received written direct notice of the forfeiture have thereby been notified in accordance with Title 21, United States Code, Section 853(n)(1).

5. No third party has filed any claim/petition for an ancillary hearing and the United States is not aware of any party having any interest in the property filed after direct notice and publication of the property ordered forfeited by the Preliminary Order of Forfeiture.

6. Accordingly, the Preliminary Order of Forfeiture, as stated therein, is now the Final Order of Forfeiture and any duly authorized law enforcement official shall dispose of the forfeited property in accordance with the applicable law.

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By: s/ *Nalina Sombuntham*
Nalina Sombuntham
Assistant United States Attorney
Fla. Bar No.  96139
99 N.E. 4th Street - 7th Floor
Miami, Florida  33132-2111
Telephone:  (305) 961-9224
Facsimile:  (305) 536-7599
nalina.sombuntham@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on October 30, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

*s/ Nalina Sombuntham*
Nalina Sombuntham
Assistant United States Attorney