**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 18-20707-CR-COOKE/GOODMAN**

**UNITED STATES OF AMERICA**

vs.

**MICHAEL ELISIO PEREZ,**

        **Defendant.**
_____/

**GOVERNMENT'S MOTION UNDER
FED. R. CRIM. P. 35(b) FOR REDUCED SENTENCE**

The United States of America, by and through the undersigned Assistant United States Attorney, respectfully moves this Court, pursuant to Rule 35 of the Federal Rules of Criminal Procedure, for a 40% reduction of sentence to reflect defendant MICHAEL ELISIO PEREZ's substantial assistance in the investigation and prosecution of others.

On August 29, 2018, the government filed an Information charging PEREZ with one count of conspiracy to commit access device fraud, in violation of 18 U.S.C. § 1029 (b)(2), and one count of aggravated identity theft, in violation of 18 U.S.C. § 1028A(a)(1).  (D.E. 1).  On January 15, 2019, PEREZ pleaded guilty to both counts in the Information.  (D.E. 16).  On April 29, 2019, PEREZ was sentenced to 40 months as to count 1, in addition to 24 consecutive months as to count 2.  (D.E. 33).

Since before charges were filed against him, PEREZ has provided substantial assistance in the investigation and prosecution of others.  At the Court's request, the United States will elaborate on the nature of PEREZ's assistance at a hearing on the instant motion.

The undersigned has consulted with PEREZ's defense attorney, Robin Eliani, who objects to the government's recommendation, and will be filing a response.

WHEREFORE, the United States respectfully moves this Court pursuant to Rule 35 for a reduction of sentence for PEREZ in the amount of 40% percent as a result of his substantial assistance in the investigation and prosecution of others.

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By:  /s/ Yisel Valdes
Yisel Valdes
Florida Special Bar No. A5502330
Assistant United States Attorney
99 NE 4th Street
Miami, FL 33132
Tel: (305) 961-9260
Email: yisel.valdes@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on April 23, 2020, I electronically filed and served this document with the Clerk's Office in the Southern District of Florida.

                                           /s/ Yisel Valdes
                                           Assistant United States Attorney