UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 18-20707-CR-COOKE

UNITED STATES OF AMERICA,

          Plaintiff,

Vs.

MICHAEL ELISIO PEREZ,
Reg. No. 22672-045

          Defendant.
_____/

### ORDER GRANTING MOTION FOR REDUCTION OF SENTENCE PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 35(b)

**THIS MATTER** came before the Court upon Government's Motion For Sentence Reduction Pursuant To Rule 35 of the Federal Rules Of Criminal Procedure (ECF No.54) on the above captioned case in order to reflect defendant's substantial assistance in the prosecution of others. With the Court being fully advised of the premises, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The sentence in the Judgment in a Criminal Case imposed on April 29, 2019 committing the defendant to the custody of the United States Bureau of Prisons for a term of 64 months is hereby **REDUCED** to **30 months imprisonment.** This sentence consists of 6 months as to Count One and 24 months as to Count Two, to be served consecutively, followed by 3 years supervised release.

2. All other remaining conditions in the Judgment in a Criminal Case, imposed on April 29, 2019 shall remain in full force and effect.

**DONE AND ORDERED** at the United States Courthouse in Miami, Florida on July 8, 2020.

_____
MARCIA G. COOKE
United States District Judge