UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-CR-20707-RAR

UNITED STATES OF AMERICA

vs.

MICHAEL ELISIO PEREZ,

    Defendant.
_____/

## ORDER DENYING DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

**THIS CAUSE** comes before the Court on Defendant's Motion for Early Termination of Supervised Release, filed on September 14, 2023 ("Motion"), [ECF No. 64]. The Government filed a Response in Opposition on September 22, 2023 ("Response"), [ECF No. 67]. The Court having carefully considered the Motion, the Response, the factors set forth in 18 U.S.C. § 3553(a) as required by 18 U.S.C. § 3583(e)(1), the record in this case, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** that the Motion is **DENIED.** The Court finds that continued supervised release is warranted "to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense[,]" as well as "afford adequate deterrence to criminal conduct[.]" 18 U.S.C. §§ 3553(a)(2)(A); (a)(2)(B); *see also Johnson v. United States*, 529 U.S. 694, 708-9 (2000).

**DONE AND ORDERED** in Miami, Florida, this 22nd day of September, 2023.

_____
RODOLFO A. RUIZ II
UNITED STATES DISTRICT JUDGE